# Order

Michigan Supreme Court
Lansing, Michigan

September 22, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136027(22)

BOB TURNER, INC.,
        Plaintiff/Counter-Defendant-
        Appellant,

v

                                     SC: 136027
                                     COA: 279850
                                     Oakland CC: 2007-008607-AV
                                     52-3 DC: 06-C03129-GC

WALTER FRISBEE and LINDA FRISBEE,
        Defendants/Counter-Plaintiffs-
        Appellees.

_____/

      On order of the Court, the motion for reconsideration of this Court's June 23, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008                                          _____

d0915                                                       Clerk